**Vacated and Remanded and Memorandum Opinion filed March 10, 2015.**



In The

# 𝕱𝖔𝖚𝖗𝖙𝖊𝖊𝖓𝖙𝖍 𝕮𝖔𝖚𝖗𝖙 𝖔𝖋 𝕬𝖕𝖕𝖊𝖆𝖑𝖘

## NO. 14-14-00428-CV

## IN THE INTEREST OF K.L.S., A CHILD,

**On Appeal from the 312th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2009-57633**

## M E M O R A N D U M    O P I N I O N

This is an appeal from a judgment signed March 4, 2014.

On, February 27, 2015, the parties filed a joint motion to set aside or vacate the judgment and remand the cause to the trial court for rendition of judgment in accordance with the parties' settlement agreement. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, we vacate the judgment signed March 4, 2014, and remand the cause to the trial court for rendition of judgment in accordance with the parties' agreement.

PER CURIAM

Panel consists of Justices Christopher, Donovan, and Wise.